# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-2916

_____

JUAN FRANCISCO VEGA,

Appellant,

v.

SHEVAUN HARRIS, Secretary of
the Florida Department of
Children and Families,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.


March 5, 2024

PER CURIAM.

AFFIRMED.

BILBREY, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Juan Francisco Vega, pro se, Appellant.

Ashley Moody, Attorney General, and Mykhaylo Vsevolodskyy, Assistant Attorney General, Tallahassee for Appellee.